## 30736.   ELLIS v. THE STATE.

BROYLES, C. J.   The defendant was convicted of operating a lottery, known as the "number game." The testimony set out in the petition for certiorari, together with the documentary evidence sent up in the answer of the trial judge, authorized the verdict, and none of the special assignments of error show cause for a new trial.   The overruling of the certiorari was not error.

*Judgment affirmed.   MacIntyre and Gardner, JJ., concur.*

DECIDED JANUARY 31, 1945.   REHEARING DENIED FEBRUARY 24, 1945.

*C. G. Battle,* for plaintiff in error.

*Lindley W. Camp, solicitor, John A. Boykin, E. E. Andrews, solicitors-general, Durwood T. Pye,* contra.